IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ANTONIO GONZALEZ ROSA

    Debtor

_____

NOREEN WISCOVITCH RENTAS, Trustee of Chapter 7 Estate of Antonio Gonzalez Rosa,

    Plaintiff

vs.

ADVANCE ELECTRICAL CONTRACTORS, INC; JOSE MIGUEL CARRILLO RIVERA

    Defendants

CASE NO. 14-03233(MCF)

CHAPTER 7

ADV. NO. 16-000131

FILED & ENTERED
JUN 13 2018
U.S. BANKRUPTCY COURT
SAN JUAN PUERTO RICO

## J U D G M E N T

Upon the entries of default entered on March 24, 2017 (dockets #63 and #64), and it appearing that defendants Advance Electrical Contractors, Inc. and Jose Miguel Carrillo Rivera have failed to plead or otherwise defend, it is now

ADJUDGED AND DECREED that judgment by default be and is hereby entered awarding plaintiff, Noreen Wiscovitch Rentas, Trustee for the Estate of Antonio Gonzalez Rosa, the outstanding due balance of **$29,657.00,** as per unsworn declaration at docket #78 and **corporate resolution subscribed between debtor and defendants (docket #87).**

SO ORDERED.

San Juan, Puerto Rico, this 12th day of May, 2018.

_____
María de los Angeles González, Esq.
Clerk of Court